whc

FILED
OCT 23 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8866

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Carlos Guadalupe RIVERA-Blanco Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about October 22, 2007, within the Southern District of California, defendant Carlos Guadalupe RIVERA-Blanco did knowingly and intentionally import approximately 13.52 kilograms (29.74 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

[signature]
Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 23rd DAY OF OCTOBER, 2007.

[signature]
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Carlos Guadalupe RIVERA-Blanco

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On October 22, 2007, Carlos Guadalupe RIVERA-Blanco entered the United States at the Calexico, California West Port of Entry. RIVERA was the driver of a 2000 Jeep Grand Cherokee registered in his name. Customs and Border Protection Officer (CBPO) J. Bejarano took a negative Customs declaration from RIVERA. During the primary inspection, CBPO Bejarano observed a compartment underneath the floor, in the rocker panels of the Jeep. CBPO Bejarano escorted the vehicle and its occupants to the secondary inspection area for further inspection.

CBP Canine Enforcement Officer (CEO) K. Taylor had his Narcotic Detector Dog (NDD) screen the Jeep. The NDD alerted to the odor of controlled substances in the driver's side rocker panel of the Jeep.

After the positive canine alert, the vehicle was scanned by CBPO M. Hernandez using an x-ray device. CBPO Hernandez also found abnormalities in the rocker panel of the Jeep.

The Jeep was turned over to CBPO C. Dorantes for secondary inspection. Upon further inspection, CBPO Dorantes found twelve (12) bundles of white poweder powder hidden within the driver's side and passenger's side rocker panels. A sample of

WMC

the powder field-tested positive for cocaine by CBPO Dorantes. CBPO Dorantes arrested RIVERA for importation of a controlled substance. The total weight of the packages was 13.52 kilograms.

In the vehicle, Agents also found $700.00 in U.S. currency. RIVERA claimed ownership of the currency.

RIVERA was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of Cocaine. RIVERA was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.