FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS GUADALUPE RIVERA-BLANCO, Defendant. | Criminal Case No. 07cr3151-L<br>INFORMATION<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine(Felony) |

The United States Attorney charges:

On or about October 22, 2007, within the Southern District of California, defendant CARLOS GUADALUPE RIVERA-BLANCO, did knowingly and intentionally import approximately 13.52 kilograms (approximately 29.74 pounds)of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 20, 2007.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:Imperial
11/20/07