AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Carlos Guadalupe Rivera-Blanco

## WAIVER OF INDICTMENT

CASE NUMBER: 07CR 3151-L

I, Carlos Guadalupe Rivera-Blanco, the above named defendant, who is accused of 21 USC Sections 952 + 960, importation of 13.52 kilograms of cocaine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 20, 2007 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 2 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

*Defendant*

Jack J Boltax
*Counsel for Defendant*

Before
*Judicial Officer*